[No. 8679–8–III.   Division Three.   May 5, 1988.]

AMERICAN STATES INSURANCE COMPANY, *Appellant,* v.
YAKIMA STEEL FABRICATORS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86–2–00847–0, F. James Gavin, J., entered June 5, 1987. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.

[No. 8526–1–III.   Division Three.   May 5, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. JESUS LOPEZ
HERNANDEZ, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–1–01123–5, Michael E. Donohue, J., entered February 20, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.

[No. 8798–1–III.   Division Three.   May 5, 1988.]

RAMONA GAY, *Appellant,* v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–01507–2, William J. Grant, J., entered August 3, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J.